```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                MIDDLE DISTRICT OF GEORGIA
                      MACON DIVISION
```

VERONICA E. SPANN              )
                               )
           Plaintiff           )
vs.                            )    CIVIL ACTION FILE NO.:
                               )
                               )    5:13-CV-223 (MTT)
                               )
SANTANDER CONSUMER USA, INC.,  )
                               )
           Defendant.          )

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Veronica E. Spann and Defendant Santander Consumer USA, Inc. hereby stipulate to the dismissal of this action with prejudice.  Each party shall bear his or its own attorneys' fees, costs and expenses

This 3rd day of March, 2014.

_____/S/_____        _____/S/_____
Ben F. Windham                     Monica K. Gilroy
Ga. Bar No. 770195                 Ga. Bar No.
Ben F. Windham, P.C.               3780 Mansell Road, Suite
3838 Highway 42                    140
Locust Grove, Georgia              Alpharetta, Georgia 30022
30248
Attorney for Plaintiff             Attorneys for Defendant

-2-

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: March 3, 2014

                                      _____/S/_____
                                      Ben F. Windham
                                      Ga. Bar No. 770195
                                      Ben F. Windham, P.C.
                                      3838 Highway 42
                                      Locust Grove, Georgia 30248
                                      Attorney for Plaintiff